UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **NEW WORLD ART CENTER, INC** | **CASE NO. 6:21-CV-00994** |
| **VERSUS** | **JUDGE JUNEAU** |
| **KAMAL P SINGH, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 18. After an independent review of the record and the applicable law, including the Defendants' objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss for Improper Venue, Rec. Doc. 9, is **DENIED**, as is the Alternative Motion to Transfer.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of July, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE