## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**NEW WORLD ART CENTER INC**               **CASE NO.  6:21-CV-00994**

**VERSUS**                                 **JUDGE JUNEAU**

**KAMAL P SINGH ET AL**                    **MAGISTRATE JUDGE CAROL B. WHITEHURST**

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 47) is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Dismiss Counterclaim (Rec. Doc. 33) is **GRANTED**.

Signed at Lafayette, Louisiana, this 27th day of October, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE